[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-15576
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 17, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:05-cr-00196-WS-B-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERIC LAMONT JOHNSON,
a.k.a. William Ayala,
a.k.a. Hafeez Malik Hakeem,
a.k.a. Johnny Tomas,
a.k.a. Chico Moniker,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(August 17, 2011)

Before BARKETT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Robert Ratliff, appointed counsel for Eric Johnson in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Johnson's conviction and sentence are **AFFIRMED**.